UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBYN HARPER and JOHN HARPER,

Plaintiffs,

v.

COLLECTION BUREAU OF WALLA WALLA, INC., *et al.*,

Defendants.

CASE NO. C06-1605-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Generally, venue is proper in a federal question case "only in (1) a judicial district where any defendant resides, if all defendants reside in the same State," or "(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28 U.S.C. § 1391(b).  In light of (1) the allegation in Plaintiffs' Complaint (Dkt. No. 1) that all Defendants to this action are residents of Walla Walla County, which is in the Eastern District of Washington, and (2) Plaintiffs' failure to allege that venue in the Western District of Washington is proper, Plaintiffs are hereby ORDERED to SHOW CAUSE why this matter should not be transferred to the United States District Court for the Eastern District of

MINUTE ORDER – 1

1 | Washington.  Plaintiffs' show cause response is due no later than January 26, 2006.

2 |     DATED this 26th day of December, 2006.

3 |                              BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
      Deputy Clerk

26 | MINUTE ORDER – 2