UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBYN HARPER and JOHN HARPER,

    Plaintiffs,

  v.

COLLECTION BUREAU OF WALLA WALLA, INC., *et al.*,

    Defendants.

CASE NO. C06-1605-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' Show Cause Response and Motion to Amend Complaint (Dkt. No. 6) addressing the venue issue raised by this Court's Order to Show Cause (Dkt. No. 5). Having reviewed Plaintiffs' submittal, the Court is satisfied that venue in this district is proper. Accordingly, Plaintiffs' unopposed Motion to Amend is GRANTED and Plaintiffs are directed to e-file their Amended Complaint on this Court's electronic docket within ten (10) days of the date of this Minute Order.

DATED this 7th day of February, 2007.

BRUCE RIFKIN, Clerk of Court

By   */s/ C. Ledesma*
      Deputy Clerk

MINUTE ORDER – 1